IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Hugh Williams,                         :
                        Petitioner     :
                                       :
            v.                         :       No. 287 M.D. 2022
                                       :
George M. Little, Secretary of         :
Department of Corrections and Jaime    :
Sorber, Superintendent, SCI Phoenix,   :
                       Respondents     :

**PER CURIAM**                    **O R D E R**

      NOW, May 12, 2023, upon consideration of Petitioner's application for reconsideration, and Respondents' answer in response thereto, the application is DENIED.